**STIP**
PRESTON P. REZAEE, ESQ.
Nevada Bar No. 10729
The Firm, P.C.
630 South Third Street
Las Vegas, NV 89101
Telephone: (702) 222-3476
Facsimile: (702) 252-3476
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DANIELLE LARSON, an individual,

        Plaintiff,

vs.

GEICO INDEMNITY COMPANY, DOES I - V, and ROE CORPORATIONS I - V, inclusive,

        Defendants.

Case No. 2:20-cv-01570-KJD-EJY

**STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADINGS TO DEFENDANT'S MOTION TO DISMISS**

    It is hereby stipulated by and between the parties to this action that the time for responsive pleadings to Defendant's Motion to Dismiss be extended to Tuesday, September 22, 2020.

DATED this 14 day of September, 2020

*/s/ Preston P. Rezaee, Esq.*
Preston P. Rezaee, Esq.
Nevada Bar No. 10729
The Firm, P.C.
630 South Third Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this 14 day of September 2020

*/s/ Wade M. Hansard, Esq.*
Wade M. Hansard, Esq.
Nevada Bar No. 8104
Jonathan W. Carlson, Esq.
Nevada Bar No. 10536
Renee M. Maxfield, Esq.
Nevada Bar No. 12814
McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd., Ste. 350
Las Vegas, NV 89113
*Attorney for Defendant*

## ORDER

Based upon the Stipulation of the parties and good cause being shown, IT IS HEREBY ORDERED that the time for responsive pleadings to Defendant's Motion to Dismiss be extended to Tuesday, September 22, 2020.

DATED this 15th day of September, 2020.

_____
U.S. Magistrate Judge

RESPECTFULLY SUBMITTED:

*/s/ Preston P. Rezaee, Esq.*
PRESTON P. REZAEE, ESQ.
Nevada Bar No. 10729
The Firm, P.C.
630 South Third Street
Las Vegas, NV  89101
Telephone: (702) 222-3476
Facsimile: (702) 252-3476
*Attorneys for Plaintiff*